*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* _____  *Resuelto:* 27 de agosto de 1999

## ORDEN

Debido a la inhibición del Juez Asociado Señor Negrón García en el Caso Núm. CP-95-10, *In re Roberto Palou Bosch, se crea la Sala Especial compuesta por la Juez Asociada Señora Naveira de Rodón como Presidenta y los Jueces Asociados Señores Hernández Denton y Corrada Del Río para entender en dicho caso.*

Lo decretó y firma,

(*Fdo.*) Miriam Naveira de Rodón
*Presidenta*

Certifico:

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria Tribunal Supremo*

— O —